**Farrakhan Bey SYMBOL, Plaintiff—Appellant,**

v.

**John A. ROWLEY, Warden; Michael Stouffer, Commissioner; Gary D. Maynard, Secretary; Martin O'Malley, Governor; M.J. William, Fiscal**

Accounts Clerk Manager; T. Beal, Lieutenant; Richard J. Graham, Jr., Assistant Warden; Mary L. Livers, Ph.D., Defendants—Appellees.

No. 08–7498.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 3, 2009.

Farrakhan Bey Symbol, Appellant Pro Se.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Farrakhan Bey Symbol appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Symbol v. Rowley,* No. 1:08–cv–0588–BEL (D. Md. June 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*